UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| MELVIN R. KING, III, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 3:22-CV-00095-JRG-JEM |
| TA'KISHA FITZGERALD *et al.*, | ) ) ) |
| Defendants. | ) |

## ORDER

This matter is before the Court on United States Magistrate Judge Jill E. McCook's Report and Recommendation [Doc. 9], in which Judge McCook recommends the Court deny Plaintiff's Application to Proceed in Forma Pauperis [Doc. 6] and afford Plaintiff twenty-one days in which to pay the requisite case-filing fee. Plaintiff has not timely objected to the report and recommendation. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b).

Having reviewed the record, the Court agrees with Judge McCook's recommendation. The Court therefore **ACCEPTS IN WHOLE** the report and recommendation under 28 U.S.C. § 636(b)(1) and under Federal Rule of Civil Procedure 72(b). For the reasons in the report and recommendation, which the Court adopts and incorporates into this Order, Plaintiff's Application to Proceed in Forma Pauperis [Doc. 6] is **DENIED**. The record, however, shows that Plaintiff has now paid the filing fee. The Court will therefore await Judge McCook's recommendation as to whether Plaintiff, who is a state prisoner, has alleged cognizable claims for relief against the governmental entities, officers, and employees whom he names in his complaint. *See* 28 U.S.C. § 1915(e)(2)(B); 28 U.S.C. § 1915A; 42 U.S.C. § 1997e.

So ordered.

ENTER:

                                                s/J. RONNIE GREER
                                     UNITED STATES DISTRICT JUDGE